UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No: 18-cr-10433-RGS |
| | ) |
| MICHELLE HIGSON, | ) |
|     Defendant. | ) |

# JOINT STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following status report prepared in connection with the status conference scheduled for December 20, 2018.

(1)     <u>Automatic Discovery/Pending Discovery Requests</u>

The government has provided automatic discovery. The defendant is reviewing the discovery materials and does not yet know whether she will make additional discovery requests.

(2)     <u>Additional Discovery</u>

The government does not anticipate providing any additional discovery at this time, in the absence of specific requests by the defendant.

(3)     <u>Timing of Additional Discovery Requests</u>

At this time, the parties do not anticipate the need for further discovery to be produced.

(4)     <u>Protective Orders</u>

The parties have agreed to a proposed protective order regarding specific bank records that have been produced by the government. That proposed order is attached hereto for the Court's consideration. No additional protective orders are anticipated by the parties.

(5)     <u>Pretrial Motions</u>

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6) Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7) Speedy Trial Act

All of the time has been excluded from the defendant's initial appearance through the date of the initial status conference scheduled for December 20, 2018. The parties request that the time be excluded until the interim status conference.

(8) Next Status Conference

Given all of the foregoing information, the parties request that the initial status conference, scheduled for December 20, 2018, be canceled. The parties request an interim status conference on a date following the final revocation hearing in docket 16-cr-10290-DJC, which is scheduled for January 30, 2019.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

/s/ Jane Peachy _____          By:    /s/ Anne Paruti_____
Attorney for Michelle Higson                Assistant U.S. Attorney

Dated: December 19, 2018

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ Anne Paruti_____
Assistant U.S. Attorney

Dated: December 19, 2018